UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PAIGE T., | Case No.: 20cv2456-MDD |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |
| | [ECF No. 19] |

On December 16, 2020, Plaintiff Paige T. filed this Social Security appeal challenging the denial of her application for disability insurance benefits. (ECF No. 1). On March 25, 2022, the Court granted the parties' joint motion for voluntary remand, pursuant to sentence four of 42 USC § 405(g), and judgment was entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. (ECF Nos. 17-18). The parties now stipulate to an award to Plaintiff of attorney's fees and expenses in the amount of $4,402.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 19 at 1).

A prevailing party may seek attorney's fees from the United States under the EAJA within thirty days of final judgment. 28 U.S.C. § 2412(d). "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal." *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002). If one of the parties is the United States, either party may file a notice of appeal within sixty days of the judgment or order appealed from. *See* Fed. R. App. 4(a)(1)(B). "A plaintiff who obtains a sentence four remand is considered a prevailing party for purposes of attorneys' fees." *Akopyan*, 296 F.3d at 854. Therefore, Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses to be reasonable.

Accordingly, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees and expenses in the total amount of **$4,402.00**. Fees will be made payable to Paige T., but if the Department of the Treasury determines that Paige T. does not owe a federal debt, then the government will cause the payment of fees, expenses, and costs to be made directly to the Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Paige T. Any payments shall be delivered to Monica Perales.

**IT IS SO ORDERED.**

Dated: June 30, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge